UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UTHAYACHANDRAN UTHAYAKUMAR,

        Petitioner,

v.

DREW BOSTOCK, *et al.*,

        Respondents.

CASE NO. 2:25-cv-01718-LK-GJL

ORDER TO RESPOND

The District Court has referred this federal habeas action to United States Magistrate Judge Grady J. Leupold. Currently pending in this action is Petitioner Uthayachandran Uthayakumar's federal habeas Petition, wherein he seeks a writ of habeas corpus requiring his immediate release from immigration detention. *See* Dkt. 1. Respondents filed a Response in Opposition to the Petition on October 8, 2025. Dkt. 4. And Petitioner filed a Traverse in Support of his Petition. Dkt. 7. Upon review of the briefing thus far, the Court finds that there is one matter requiring an update from the parties.

In the parties' briefs, they note that Petitioner had an asylum hearing scheduled for October 31, 2025. Dkt. 4 at 6; Dkt. 7 at 3. While Petitioner's previous hearings have been

ORDER TO RESPOND - 1

rescheduled, the outcome of the October 31, 2025, hearing is germane to these legal proceedings. Therefore, the Court **ORDERS** that Respondents **FILE** a status update as to Petitioner's October 31, 2025, hearing on or before **December 2, 2025**. If Petitioner would like to reply to Respondents' update, he must do so no later than **December 9, 2025**. The parties **shall not** use this update as an opportunity to **present legal argument**.

Finally, the Clerk of Court is **DIRECTED** to **RENOTE** the Response (Dkt. 4) for **December 9, 2025**.

Dated this 18th day of November, 2025.

Grady J. Leupold
United States Magistrate Judge

ORDER TO RESPOND - 2