UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UTHAYACHANDRAN UTHAYAKUMAR,<br><br>            Petitioner,<br><br>     v.<br><br>DREW BOSTOCK, *et al.*,<br><br>            Respondents. | CASE NO. 2:25-cv-01718-LK-GJL<br><br>ORDER TO SHOW CAUSE |

This action has been referred to United States Magistrate Judge Grady J. Leupold. Petitioner Uthayachandran Uthayakumar, proceeding with counsel, initiated this action by filing a federal habeas petition under 28 U.S.C. § 2241. Dkt. 1. Petitioner argues that his detention at the Northwest Detention Center without bond is unlawful and violates the Due Process Clause of the Fifth Amendment. *Id.* at 6–14. On November 18, 2025, the Court ordered Respondents to file a status update as to Petitioner's October 31, 2025, removal hearing. Dkt. 8. Respondents replied, stating that an immigration judge ("IJ") determined that Petitioner was inadmissible to the United States, denied his applications for relief, and ordered his removal to Sri Lanka. Dkt. 9 at

ORDER TO SHOW CAUSE - 1

1. Petitioner waived his right to appeal the removal order. *Id.*; Dkt. 10-1 at 6. Petitioner did not respond to Respondents' status update.

After reviewing the Petition and Respondents' status update, the Court **ORDERS** Petitioner to **SHOW CAUSE** why this action should not be dismissed as moot after the IJ ordered his removal to Sri Lanka. The basis of the Petition relies on the fact that Petitioner was being held without bond and without a final removal order. Now that he has a final removal order, it appears he is subject to a mandatory 90-day detention pending his removal, making his Petition moot. *See* 8 U.S.C. § 1231.

Therefore, Petitioner is directed to **SHOW CAUSE** by **December 23, 2025**, why this action should not be dismissed as moot now that the IJ entered a final removal order against him on October 31, 2025. Respondent shall have until **January 7, 2026**, to respond to Petitioner's filing.

Finally, the Clerk of Court is **DIRECTED** to **RENOTE** the Response (Dkt. 4) for **January 7, 2026**.

Dated this 16th day of December, 2025.

Grady J. Leupold
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2