District Judge Lauren King
Magistrate Judge Grady J. Leupold

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UTHAYACHANDRAN UTHAYAKUMAR,<br><br>Petitioner,<br><br>v.<br><br>LAURA HERMOSILLO,[1] *et al.*,<br><br>Respondents. | Case No. 2:25-cv-01718-LK-GJL<br><br>STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>January 5, 2026. |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs.

//

//

//

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Respondents substitute Acting Field Office Director, U.S. Immigration and Customs Enforcement Laura Hermosillo for Cammilla Wamsley.

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER
[Case No. 2:25-cv-01718-LK-GJL] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   DATED this 5th day of January, 2026.

2                                        Respectfully submitted,

3                                        CHARLES NEIL FLOYD
    United States Attorney

4
                                         *s/ Kristen R. Vogel*
5                                        KRISTEN R. VOGEL, NY No. 5195664
                                         Assistant United States Attorney
6                                        United States Attorney's Office
                                         Western District of Washington
7                                        700 Stewart Street, Suite 5220
                                         Seattle, Washington 98101-1271
8                                        Phone: 206-553-7970
                                         Fax:    206-553-4073
9                                        Email: kristen.vogel@usdoj.gov

10                                       *Attorneys for Federal Respondents*

11                                       I certify that this memorandum contains 27
                                         words, in compliance with the Local Civil Rules.
12

13
                                         SRR LAW GROUP, LLC
14

15                                       *s/ Stacey R. Rogers*
                                         Stacey R. Rogers, WSBA No. 61754
16                                       600 25th Ave. S., Suite 201
                                         St. Cloud, MN 56301
17                                       Phone: 507-271-9405
                                         Email: stacey@srrlawgroup.com
18
                                         *Attorney for Plaintiff*
19

20

21

22

23

24

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER          UNITED STATES ATTORNEY
[Case No. 2:25-cv-01718-LK-GJL] - 2                        700 STEWART STREET, SUITE 5220
                                                           SEATTLE, WASHINGTON 98101
                                                           (206) 553-7970

# [PROPOSED] ORDER

It is so **ORDERED**. The case, *Uthayakumar v. Hermosillo*, is dismissed without prejudice.

DATED this 7th day of January, 2026.

*Lauren King*

LAUREN KING
United States District Judge

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER
[Case No. 2:25-cv-01718-LK-GJL] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970